# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# ATHENS DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>v.<br><br>**FAUSTINO RAMIREZ-DIAZ,**<br><br>   *Defendant.* | **CRIMINAL ACTION NO.**<br>**3:25-cr-00001-TES-CHW-2**[1] |

## ORDER GRANTING UNOPPOSED
## MOTION TO CONTINUE TRIAL

Before the Court is Defendant Faustino Ramirez-Diaz's Unopposed Motion to Continue Trial [Doc. 35]. On January 14, 2025, the Government obtained an indictment charging Defendant with Conspiracy to Possess with Intent to Distribute Controlled Substances in violation of 21 U.S.C. § 846. [Doc. 22]. Defendant entered a plea of not guilty. [Doc. 30].

Defendant seeks a continuance to receive and review discovery and to negotiate potential resolutions of this case. [Doc. 35, p. 1]. So as to avoid a miscarriage of justice, the Court **GRANTS** Defendant's Unopposed Motion for Continuance [Doc. 35] and **CONTINUES** this case and its pretrial conference to the May term—beginning on May 27, 2025. *See* 18 U.S.C. § 3161(h)(7)(B)(iv). The ends of justice served by this continuance

---

[1] Defendant's Motion references case no. 3:24-mj-00031-CHW. However, that case docket merged with the above-referenced case upon indictment.

outweigh the best interests of the public and Defendant in a speedy trial and are in accordance with the considerations required under 18 U.S.C. § 3161(h)(7)(A) for excusable delay.

    **SO ORDERED**, this 17th day of March, 2025.

S/ Tilman E. Self, III
**TILMAN E. SELF, III, JUDGE**
**UNITED STATES DISTRICT COURT**
